FILED
SEP - 4 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. |
| vs. | ) | |
| | ) | |
| JANELLE MARIE EARLEY, | ) | 4:13-CR-352 CDP/DDN |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Between on or about July 1, 2011 and August 1, 2013, with the exact dates unknown, in St. Charles County within the Eastern District of Missouri, the Defendant,

**JANELLE MARIE EARLY,**

being an agent and employee of St. Johns Bank, which bank was a member of the Federal Reserve system, did willfully misapply and embezzle in excess of $100,000 of deposits of the Bank with the intent to defraud and injure the same.

In violation of Title 18, United States Code Section 656.

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS C. ALBUS, #46224MO
Assistant United States Attorney

1